SEAN P. CONNELL, ESQ.
Nevada Bar No. 7311
ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Tel.: (702) 330-4505
Fax: (702) 825-0141
sean@mlolegal.com
andrew@mlolegal.com

*Attorneys for* Defendants Colby Enterprises, Inc. and Tony Phillips

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AHERN RENTALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COLBY ENTERPRISES, INC. and TONY PHILLIPS, <br><br> Defendants. | CASE NO.: 2:23-cv-01507-GMN-BNW <br><br> **STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

COLBY ENTERPRISES, INC. and TONY PHILLIPS ( "Defendants"), and AHERN RENTALS, INC. ("Plaintiff") stipulate as follows:

1. Plaintiff originally filed a complaint against Defendants on May 12, 2022, under case number A-22-852493-C. The Plaintiff failed to serve the complaint and it was eventually dismissed for failure to prosecute.

2. Plaintiff re-filed the complaint against Defendants on May 29, 2023, under case number A-23-871444-C.

3. The Defendants were served with the current complaint on August 28, 2023.

1

4. Defendants filed the Petition for Removal on September 25, 2023. removing this matter is September 27, 2023.

5. Defendants completed the removal process by filing a Notice of Removal with the Clark County District Court under case number A-23-871-444-C on September 25, 2023.

6. On October 3, 2023, the undersigned counsel for the parties spoke about the claimed basis for diversity jurisdiction and agreed that the Action should be remanded to the Clark County District Court. To that end, the Parties hereby stipulate that the Action be remanded to The Eighth Judicial District Court for Clark County Nevada.

| | |
|---|---|
| Dated: October 6, 2023 | Dated: October 6, 2023 |
| **MUEHLBAUER LAW OFFICE, LTD.** | **MARK A. KIRKORSKY, P.C.** |
| By: _____ | By: _/s/ Steven R. Kopolow_____ |
| SEAN P. CONNELL, ESQ. | STEVEN R. KOPOLOW, ESQ. |
| Nevada Bar No. 7311 | Nevada Bar No. 8533 |
| 7915 West Sahara Ave., Suite 104 | 8020 West. Sahara, Suite 225 |
| Las Vegas, NV 89117 | Las Vegas, NV 89117 |
| Tel.: 702-330-4505 | Tel.: 480-551-2173 |
| Fax: 702-825-0141 | Fax: 702-685-7237 |
| sean@mlolegal.com | SKopolowEsq@makpc.com |
| *Attorneys for* Defendants Colby Enterprises, Inc. and Tony Phillips | *Attorneys for* Plaintiff Ahern Rentals, Inc. |

**ORDER**

On October 5, 2023, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. District of Nevada case number 2:23-cv-01507-GMN-BNW styled AHERN RENTALS, INC. v. COLBY ENTERPRISES, INC. and TONY PHILLIPS is hereby remanded to Clark County District Court.

3. The Clerk's Office shall close this case after remanding to Clark County District Court.

IT IS SO ORDERED.

Dated: October 6, 2023

UNITED STATES DISTRICT COURT JUDGE